No. 02–1772.  BLANKS, WARDEN, ET AL. *v.* BENNETT.  C. A. 9th Cir.  Motion of respondent for leave to proceed *in forma*

*pauperis* granted. Certiorari denied. ▮